IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICOLE RANDO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>EDIBLE ARRANGEMENTS INTERNATIONAL, LLC,<br><br>        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 17-701(JBS/AMD)<br><br>**ORDER** |

This matter having come before the Court upon motion of Defendant's to dismiss [Docket Item 5]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **28th** day of **March**, **2018,** hereby

ORDERED that Defendant's Motion to Dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P., is GRANTED without prejudice; and it is further

ORDERED that Plaintiff may file a Motion for Leave to File an Amended Complaint within thirty (30) days from the entry of this Order, if able to cure the deficiencies identified in the Opinion; and it is further

ORDERED that the Clerk of Court shall CLOSE this case upon the docket.

        **s/ Jerome B. Simandle**
        JEROME B. SIMANDLE
        U.S. District Judge